02-11-404-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-11-00404-CV 

 

 




 
 
 In re Rhonda Whitmore
 
 
  
 
 
 RELATOR
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The court has considered relator=s
petition for writ of mandamus and is of the opinion that the petition should be
dismissed as moot.  Accordingly, relator=s
petition for writ of mandamus is dismissed as moot.

PER CURIAM

 

PANEL: 
DAUPHINOT, GARDNER, and MCCOY, JJ.

 

DELIVERED: 
October 17, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).